UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN QUESENBERRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RSE CORPORATION,<br><br>　　　　　Defendant. | Case No. 23-cv-05020-TSH<br><br>**ORDER OF DISMISSAL** |

Relator Bryan Quesenberry has filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a), dismissing this action without prejudice to Relator or the United States of America. ECF No. 20. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States has notified the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.. ECF No. 19. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: June 24, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge